UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN ALBRITTON,

    Plaintiff,                                     CASE NO.:  8:17-CV-02687-EAK-TGW

-vs-

ADT, LLC, d/b/a ADT SECURITY SERVICES,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, John Albritton, and the Defendant, ADT, LLC, d/b/a ADT Security Services, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of February, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/C. Sanders McNew, Esquire* |
| Frank H. Kerney, III, Esquire | C. Sanders McNew, Esquire |
| FBN: 88672 | FBN: 90561 |
| Morgan & Morgan, Tampa, P.A. | McNew, P.A. |
| One Tampa City Center | 2385 NW Executive Center Drive, Suite 100 |
| 201 North Franklin Street, 7th Floor | Boca Raton, FL 33431 |
| Tampa, FL 33602 | Telephone: (561) 299-0257 |
| Telephone: (813) 223-5505 | Facsimile: (561) 299-3705 |
| Facsimile:  (813) 223-5402 | mcnew@mcnew.net |
| fkerney@forthepeople.com | *Counsel for Defendant* |

| | |
|---|---|
| jkneeland@forthepeople.com <br> snazario@forthepeople.com <br> *Counsel for Plaintiff* | /s/Daniel S. Blynn, Esquire <br> Daniel S. Blynn, Esquire <br> Bar Number: <br> Venable, LLP <br> 600 Massachusetts Avenue, NW <br> Washington, D.C. 20001 <br> Telephone: (202) 344-4000 <br> Facsimile: (202) 344-8300 <br> dsblynn@venable.com <br> *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Clerk of Court by using the CM/ECF system and that a Notice will be sent to the following by operation of the Court's Electronic Filing System on this 13th day of February, 2018

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
*Certifying Attorney*